IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:01CR3122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JUAN FRANCISCO OTERO-FIGUEROA, also known as Chuco, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

IT IS ORDERED that judgment is entered for the United States of America, and against the defendant, Juan Francisco Otero-Figueroa, providing that he shall take nothing, and his motion to vacate conviction (filing 229) is denied with prejudice.

June 16, 2005.                                BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge