IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3122-3 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN FRANCISCO OTERO FIGUEROA, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that counsel for the parties are directed to provide, by way of a brief, an explanation of why the Probation Officer's calculations shown in filing no. 255 differ substantially from the stipulation of the parties shown in filing no. 258.

DATED this 4th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge